UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
1:22-cv-00559

| | |
|---|---|
| ANTHONY ROGERS,<br><br>                               **Plaintiff,**<br><br>v.<br><br>CANDLE SCIENCE, INC., VIVIAN CUNNINGHAM, LYNSDEY GIBSON, AND MICHAEL SWIMM,<br><br>                               **Defendants** | **JOINT NOTICE OF SETTLEMENT** |

      COME NOW, by and through undersigned counsel, the Plaintiff Anthony Rogers, and Defendants Candle Science, Inc., Vivian Cunningham, Lynsdey Gibson, and Michael Swimm (collectively, "the Parties"), and notify the Court that the above captioned case has been resolved by mutual agreement.

      The Parties are in the process of finalizing the documentation, filings (including dismissal of this action), and other such acts as are necessary to consummate the agreement reached between the Parties. In the interests of efficiency and preservation of judicial resources, the Parties accordingly request that the Court take no further action in this case while these final actions are being completed by the Parties. The Parties anticipate that all actions predicate to the filing of the final dismissal will be completed by September 30, 2023.

      Respectfully submitted, this, the 12th day of September, 2023.

      (signatures on next page)

1

**THE FORGE LAW GROUP**
*Attorneys for Plaintiffs*

_____/s/ J. Michael Genest_____
J. Michael Genest
N.C. Bar No. 40703
1610 Highway 70 E.
New Bern, NC 28560
Telephone: (252) 389-9830
JMG@ForgeLawGroup.com


s/ Gerald L. Liska
Gerald L. Liska
NC Bar No. 36901
**MULLEN HOLLAND & COOPER, P.A.**
Attorneys for the Defendants
P.O. Box 488
Gastonia, NC 28053
Telephone 704 864-6751
Fax 704 861-8394 jliska@mhc-law.com

## CERTIFICATE OF SERVICE

I hereby CERTIFY that I served the foregoing JOINT NOTICE OF SETTLEMENT on all parties by filing a copy therefore with the Clerk of Court using the CM/ECF system which will provide notice to the following:

Gerald L. Liska
MULLEN HOLLAND & COOPER P.A.
301 South York St. P.O. Box 488
Gastonia, NC 28053
Telephone: (704) 864-6751
Fax: (704) 861 8394
Email: jliska@mhc-law.com

*Attorney for Defendants*

Respectfully submitted this the 12th Day of September, 2023.

**THE FORGE LAW GROUP**
*Attorneys for Plaintiffs*

\_\_\_\_/s/ J. Michael Genest_____
J. Michael Genest
N.C. Bar No. 40703
1610 Highway 70 E.
New Bern, NC 28560
Telephone: (252) 389-9830
JMG@ForgeLawGroup.com