IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTHONY ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-559 |
| | ) | |
| CANDLE SCIENCE INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The parties have reported that the case has settled. Therefore, it is **ORDERED and ADJUDGED** that this case is **DISMISSED** with prejudice.

This the 21st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE